DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
REGINALD JONES

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>REGINALD JONES,<br><br>    Defendant. | Case No.:  2:23-CR-00150-DJC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RESET HEARING BEFORE JUDGE CLAIRE TO ADDRESS CONDITIONS OF RELEASE<br><br>DATE:    August 22, 2024<br>TIME:    2:00 p.m.<br>COURT:  Hon. Allison Claire |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a future hearing to address conditions of release on August 20, 2024.

2. By this stipulation, the parties move the Court to continue this hearing until August 22, 2024, at 2 p.m.  David Fischer contacted the Wayne Brown Correctional Center on August 19, 2024. He confirmed that Mr. Jones is still in the custody of the Nevada County Sheriff, waiting to be picked up by the Sacramento County Sheriff for a

warrant issued by Sacramento County Superior Court.  The parties request the Court to reset the hearing on conditions of the release to August 22, 2024, at 2 p.m.

**IT IS SO STIPULATED.**

Dated:  August 19, 2024

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
REGINALD JONES

PHILLIP A. TALBERT
US ATTORNEY

Dated: August 19, 2024

/s/ Alexis Klein
ALEXIS KLEIN
Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this 19th day of August 19, 2024.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER

- 2 -