MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 231
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MARCUS MILLER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:23-150 DJC |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS HEARING |
| | ) |
| MARCUS MILLER, | ) |
| REGINALD JONES, | ) Requested date: 1-23-2025 |
| FELICIA SHAW, | ) Time: 9:00 a.m. |
| JIMMY VAN II and | ) Judge: Hon. Daniel J. Calabretta |
| JAZZMINE CAMPBELL, | ) |
| Defendants. | ) |

It is hereby stipulated between the parties, Alexis Klein, Assistant United States Attorney, Michael D. Long, attorney for defendant MARCUS MILLER, David Fischer, attorney for defendant REGINALD JONES, Philip Cozens, attorney for defendant FELICIA SHAW, and Kyle Knapp, attorney for defendant JAZZMINE CAMPBELL, that the status hearing set for December 19, 2024, at 9:00 a.m., before Judge Daniel J. Calabretta, should be continued and re-set for January 23, 2025, at 9:00 a.m., before Judge Calabretta.

Defendant JIMMY VAN II is not a part of this stipulation.  His status hearing will remain set for December 19, 2024, at 9:00 a.m., before Judge Daniel J. Calabretta.

Other than Mr. VAN II, each party has agreed to move the status hearing, with the Court's permission, to January 23, 2025.  All parties are available to appear, and they all agree to appear in

-1-

court in-person (unless the defendant has an approved waiver of appearance on file with the court) on January 23, 2025.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. The government has provided defense counsel with external hard drives containing thousands of pages of discovery and many phone calls, photographs and videos concerning alleged narcotics activity. All attorneys continue to read and view the discovery, investigate the case and meet with their respective clients. The discovery was accompanied by a protective order, so the attorneys cannot simply give a copy of discovery to the clients. Defendants cannot review discovery unless in the presence of the attorneys or investigators. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through December 19, 2024.

The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to January 23, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  December 3, 2024                                   Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for MARCUS MILLER

/s/ David Fischer
DAVID FISCHER
Attorney for REGINALD DONES

/s/ Philip Cozens
PHILIP COZENS
Attorney for FELISHA SHAW

/s/ Kyle Knapp
KYLE KNAPP
Attorney for JAZZMINE CAMPBELL

Dated:  December 3, 2024                                   PHILLIP TALBERT
United States Attorney

/s/ Alexis Klein
ALEXIS KLEIN
Assistant U.S. Attorney

///

///

///

///

///

///

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for January 23, 2025, at 9:00 a.m., before District Court Judge Daniel J. Calabretta.

Time is is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded through the new hearing date of January 23, 2025.


Dated:  December 4, 2024            /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE