MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 231
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MARCUS MILLER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. 2:23-150 DJC
                Plaintiff,    )
                                   ) STIPULATION AND ORDER
    v.    ) TO CONTINUE STATUS HEARING
                                   )
MARCUS MILLER,    )
REGINALD JONES,    ) Requested date: 8-21-2025
FELICIA SHAW,    ) Time: 9:00 a.m.
JIMMY VAN II and    ) Judge: Hon. Daniel J. Calabretta
JAZZMINE CAMPBELL,    )
                Defendants.    )
=================================)

      It is hereby stipulated between the parties, Ross Pearson, Assistant United States Attorney, Michael D. Long, attorney for defendant MARCUS MILLER, David Fischer, attorney for defendant REGINALD JONES, Philip Cozens, attorney for defendant FELICIA SHAW, Clemente Jimenez, attorney for defendant JIMMY VAN II, and Kyle Knapp, attorney for defendant JAZZMINE CAMPBELL, that the status hearing set for July 31, 2025, at 9:00 a.m., before Judge Daniel J. Calabretta, should be continued and re-set for August 21, 2025, at 9:00 a.m., before Judge Calabretta.

      Each party has agreed to move the status hearing, with the Court's permission, to August 21, 2025.  All parties are available to appear, and they all agree to appear in court in-person (unless the defendant has an approved waiver of appearance on file with the court) on August 21, 2025.

      The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided defense counsel

with external hard drives containing thousands of pages of discovery and many phone calls, photographs and videos concerning alleged narcotics activity. All attorneys continue to read and view the discovery, investigate the case and meet with their respective clients. The discovery was accompanied by a protective order, so the attorneys cannot simply give a copy of discovery to the clients. Defendants cannot review discovery unless in the presence of the attorneys or investigators. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Moreover, a continuance is needed for continuity of counsel. Attorney David Fischer has an evidentiary hearing in the District of Alaska that was originally expected to end on July 29, 2025, but is now expected to extend through July 31, 2025. Mr. Fischer also just finished a jury trial that he commenced at the end of April. Mr. Fischer needs the additional time to meet with Mr. Jones and review the most recently provided discovery.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through July 31, 2025.

The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to August 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  July 14, 2025                    Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for MARCUS MILLER

/s/ David Fischer
DAVID FISCHER
Attorney for REGINALD DONES

/s/ Philip Cozens
PHILIP COZENS
Attorney for FELISHA SHAW

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for JAZZMINE CAMPBELL

/s/ Kyle Knapp
KYLE KNAPP
Attorney for JAZZMINE CAMPBELL

Dated:  July 14, 2025                    MICHELE BECKWITH
Acting United States Attorney

/s/ Ross Pearson
ROSS PEARSON
Assistant U.S. Attorney

///

///

///

///

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for August 21, 2025, at 9:00 a.m., before District Court Judge Daniel J. Calabretta.

Time is is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded through the new hearing date of August 21, 2025.

Dated:  July 14, 2025            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE