ERIC GRANT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-150-DJC |
| Plaintiff, | STIPULATION TO CONTINUE DISCOVERY DEADLINE; ORDER |
| v. | |
| MARCUS MILLER, ET AL., | |
| Defendants. | |

**STIPULATION**

Last summer, this Court set a discovery deadline of March 5, 2026. *See* ECF No. 172. Trial is set for July 27, 2026. ECF No. 171. Counsel for the government has recently returned from extended leave and requires additional time to ensure that all discovery is collected and produced by the deadline. As such, the government asks that the Court extend the deadline by two weeks, to March 19, 2026. Counsel for the defendants have no objection to the request and join in this stipulation.

IT IS SO STIPULATED.

Dated: March 3, 2026

ERIC GRANT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: March 2, 2026

/s/ MIKE LONG
MIKE LONG
Counsel for Defendant
MARCUS MILLER
(Authorized by email on March 2, 2026)

Dated: March 2, 2026

By: /s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
REGINALD JONES
(Authorized by email on March 2, 2026)

Dated: March 3, 2026

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
JIMMY VAN II
(Authorized by email on March 3, 2026)

Dated: March 2, 2026

By: /s/ KYLE KNAPP
KYLE KNAPP
Counsel for Defendant
JAZZMINE CAMPBELL
(Authorized by email on March 2, 2026)

## ORDER

IT IS SO FOUND AND ORDERED this 3rd day of March, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DISCOVERY DEADLINE;
ORDER

2